USDC UT Approved 06/06/00    Revised 01/20/04

# United States District Court
## District of Utah

FILED
DISTRICT COURT
2006 MAR 31  A 8: 43

BY: _____

**UNITED STATES OF AMERICA**

vs.

**John Greg Smith**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: DUTX **2:05CR000110-002**

Plaintiff Attorney: **Lana Taylor, SAUSA**

Defendant Attorney: **Steve McCaughey, Esq.**

Atty: CJA **☒**  Ret ___  FPD ___

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: **1964**

Defendant's USM No.: **12101-081**

Defendant's Residence Address:

**03/28/2006**
Date of Imposition of Sentence

Defendant's Mailing Address:

Country _____          Country _____

THE DEFENDANT:
- ☒ pleaded guilty to count(s) **I of indictment**
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☐ was found guilty on count(s) _____

COP **12/13/2005**  Verdict _____

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC § 841(a)(1) | Conspiracy to Manufacture Methamphetamine | I |

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) **III of indictment** (is)(are) dismissed on the motion of the United States.

## SENTENCE

Pursuant to the Sentencing Reform Act of 1984, it is the judgment and order of the Court that the defendant be committed to the custody of the United States Bureau of Prisons for a term of **63 months**

Upon release from confinement, the defendant shall be placed on supervised release for a term of **60 months**       .

☐ The defendant is placed on Probation for a period of _____.
The defendant shall not illegally possess a controlled substance.

Defendant:      John Greg Smith
Case Number:    2:05CR000110-002

*For offenses committed on or after September 13, 1994:*
   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall *submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as directed by the probation officer.*

☐   The above drug testing condition is suspended based on the court's determination that the defendant possesses a low risk of future substance abuse. (Check if applicable.)

### SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

In addition to all Standard Conditions of (Supervised Release or Probation) set forth in PROBATION FORM 7A, the following Special Conditions are imposed: (see attachment if necessary)

1.  The defendant will submit to drug/alcohol testing as directed by the probation office, and pay a one-time $115 fee to partially defer the costs of collection and testing. If testing reveals illegal drug use or excessive and/or illegal consumption of alcohol such as alcohol-related criminal or traffic offenses, the defendant shall participate in drug and/or alcohol abuse treatment under a co-payment plan as directed by the USPO and shall not possess or consume alcohol during the course of treatment, nor frequent businesses where alcohol is the chief item of order.

2.  The defendant shall submit his person, residence, office, or vehicle to a search, conducted by the United States Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

3.  The defendant shall submit to the collection of a DNA sample at the direction of the US Bureau of Prisons or the USPO.

### CRIMINAL MONETARY PENALTIES

### FINE

The defendant shall pay a fine in the amount of   $ _____ , payable as follows:
☐   forthwith.

☐   in accordance with the Bureau of Prison's Financial Responsibility Program while incarcerated and thereafter pursuant to a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☐   in accordance with a schedule established by the U.S. Probation office, based upon the defendant's ability to pay and with the approval of the court.

☒   other:
    **No fine imposed.**

☐   The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).

☐   The court determines that the defendant does not have the ability to pay interest and pursuant to 18 U.S.C. § 3612(f)(3), **it is ordered that:**

Defendant:     John Greg Smith
Case Number:   2:05CR000110-002

☐ The interest requirement is waived.

☐ The interest requirement is modified as follows:

## RESTITUTION

**The defendant shall make restitution to the following payees in the amounts listed below:**

| Name and Address of Payee | Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| Drug Enforcement Administration<br>348 East South Temple<br>Salt Lake City, Utah 84111<br>(ML-04-0054) | $1,273.10 | $1,273.10 |
| **Totals:** | **$ 1,273.10** | **$ 1,273.10** |

(*See* attachment if necessary.) All restitution payments must be made through the Clerk of Court, unless directed otherwise. If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless otherwise specified.

☒ Restitution is payable as follows:

☐ in accordance with a schedule established by the U.S. Probation Office, based upon the defendant's ability to pay and with the approval of the court.

☒ other:
**Shall be payable jointly and severally with co-defendants, at a minimum rate of $50 per month upon release from confinement.**

☐ The defendant having been convicted of an offense described in 18 U.S.C. § 3663A(c) and committed on or after 04/25/1996, determination of mandatory restitution is continued until _____ pursuant to 18 U.S.C. § 3664(d)(5)(not to exceed 90 days after sentencing).
  ☐ An Amended Judgment in a Criminal Case will be entered after such determination

### SPECIAL ASSESSMENT

The defendant shall pay a special assessment in the amount of $ **100.00**, payable as follows:
☒ forthwith.
☐ _____

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid

Defendant:     John Greg Smith
Case Number:   2:05CR000110-002

## PRESENTENCE REPORT/OBJECTIONS

The court adopts the factual findings and guidelines application recommended in the presentence report except as otherwise stated in open court.

## RECOMMENDATION

[X] Pursuant to 18 U.S.C. § 3621(b)(4), the Court makes the following recommendations to the Bureau of Prisons:

**The court recommends defendant be placed in a facility in the state of Arizona and that he participate in drug counseling and treatement while incarcerated.**

## CUSTODY/SURRENDER

[X] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal   for this district at _____ on _____ .

[ ] The defendant shall report to the institution designated by the Bureau of Prisons   by _____ Institution's local time, on _____ .

DATE:   *March 31, 2006*                    *David Winder*
                                            David K. Winder
                                            United States District Judge

Defendant:      John Greg Smith
Case Number:    2:05CR000110-002

## RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


                                                  _____
                                                  UNITED STATES MARSHAL

                                  By _____
                                                 Deputy U.S. Marshal